No. 73–6868.   FERNANDEZ ET AL. *v.* UNITED STATES, 420 U. S. 990;

No. 74–916.   RADISICH *v.* RADISICH, 420 U. S. 992; and

No. 74–1136.   DERBY *v.* CONNECTICUT LIGHT & POWER Co., *ante,* p. 931.   Petitions for rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of these petitions.

No. 74–80.   KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* HELFANT; and

No. 74–277.   HELFANT *v.* KUGLER, ATTORNEY GENERAL OF NEW JERSEY, ET AL., *ante,* p. 117.   Petition for rehearing denied.   MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 74–345.   R. J. REYNOLDS TOBACCO CO. ET AL. *v.* AMERICAN PRESIDENT LINES, LTD., ET AL., 419 U. S. 1070. Motion for leave to file petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–817.   ROSS *v.* ROSS, 420 U. S. 947.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion and petition.